JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVALAN SALES, INC., a corporation; DAVALAN SALES, INC., a corporation doing business as THE BANANA COMPANY,<br><br>     Plaintiffs,<br><br>     v.<br><br>SUNSET FRESH PRODUCE CO., INC., a corporation; JAVIER C. BAUTISTA, JR., an individual; JAVIER DE LA PAZ, an individual,<br><br>     Defendants. | CV 13-2480 PA (JCGx)<br><br>JUDGMENT |

Pursuant to the Court's October 21, 2013 Minute Order granting the Motion for Default Judgment filed by plaintiffs Davalan Sales, Inc. and Davalan Sales, Inc., doing business as The Banana Company (collectively "Plaintiffs") against defendants Sunset Fresh Produce Co., Inc., Javier C. Bautista, Jr., and Javier De La Paz (collectively "Defendants"), it is hereby ORDERED, ADJUDGED, AND DECREED that Defendants are jointly and severally liable to Plaintiffs as follows:

1.  Defendants shall pay to Plaintiffs the total amount of $12,647.90 (itemized as $9,207.00 in principal, prejudgment interest of $2,158.94, and attorneys' fees of $1,281.96);

2. Plaintiffs shall have their costs of suit; and

3. Plaintiffs are entitled to postjudgment interest on the amount of the Judgment from the date of entry of Judgment until the date the Judgment is paid in full at the statutory rate pursuant to 28 U.S.C. § 1961(a).

DATED: October 21, 2013        _____
                                          Percy Anderson
                               UNITED STATES DISTRICT JUDGE

-2-